IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAWN F. RIDER, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-419-GPM |
| ) | |
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 02-CR-40044 |
| ) | |
| Respondent/Plaintiff. ) | |

# JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** *without* prejudice to Petitioner filing a new § 2255 motion *if* the United States Supreme Court announces that *United States v. Booker*, 125 S. Ct. 738 (2005), applies retroactively on collateral review. In all other respects, dismissal is with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

02/01/06                                                          By:  s/ G. Patrick Murphy
Date                                                                        District Judge